UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>       v.<br><br>MEGANN MALIA HILL,<br><br>                Defendant. | CASE NO. C21-1716 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court has reviewed Plaintiff's Motion to Seal. (Dkt. No. 3.) Plaintiff asks the Court to seal materials that it already filed publicly. This does not track the Local Rules for filing materials under seal, which is governed by Local Rule 5(g). Nor has Plaintiff noted its Motion in accordance with Local Rule 7(d). Accordingly, the Court re-notes Plaintiff's Motion to Seal to January 21, 2022 and directs the Clerk to provisionally seal Docket Entries 1-2, 1-3, and 1-4. Plaintiff is directed to review the Local Rules before it files any more materials in this matter,

1  including Local Rule 5.2, which sets forth the rules for redacting certain information from all
2  filings.
3      The clerk is ordered to provide copies of this order to all counsel.
4      Filed January 6, 2022.

<pre>
                                        Ravi Subramanian
                                        Clerk of Court

                                        s/Serge Bodnarchuk
                                        Deputy Clerk
</pre>

MINUTE ORDER - 2