UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY,<br><br>               Plaintiff,<br><br>    v.<br><br>MEGANN MALIA HILL,<br><br>               Defendant. | CASE NO. C21-1716 MJP<br><br>ORDER ON PLAINTIFF'S MOTION TO FILE EXHIBITS UNDER SEAL |

This matter comes before the Court on Plaintiff's Motion for Leave to File Certain Documents as Restricted Documents. (Dkt. No. 3.) Having reviewed the Motion and all supporting materials, the Court GRANTS the Motion.

As the Court previously noted in a Minute Order, Plaintiff's Motion does not properly track the requirements for filing materials under seal as set forth in Local Rule 5(g) or the motion noting rules of Local Rule 7(d). (Dkt. No. 4.) Having now allowed the Motion to ripen, the Court considers the merits of Plaintiff's Motion. As the Court earlier noted, Plaintiff's Motion does not track Local Rule 5(g). Specifically, the Motion has not identified the applicable legal standard as

required by Local Rule 5(g)(3)(B) or included a certification that counsel has met and conferred with Defendant prior to filing the Motion as required by Local Rule 5(g)(3)(A). Notwithstanding these failures to comply with the Local Rules, the Court permits Plaintiff to file the three exhibits to its Complaint and Amended Complaint provisionally under seal. Plaintiff must do so within 7 days of entry of this order`. When Plaintiff files these materials provisionally under seal, it must then file a new motion to seal that addresses all of the requirements of Local Rule 5(g), not just those identified in this Order. The Court will then consider whether to maintain these materials under seal. On this basis the Court GRANTS the Motion and permits the provisional filing under seal of Exhibits C, E, and F to the Complaint and Amended Complaint.

       The clerk is ordered to provide copies of this order to all counsel.

       Dated February 9, 2022.

Marsha J. Pechman
United States Senior District Judge