UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MEGANN MALIA HILL,<br><br>　　　　　　　Defendant. | CASE NO. C21-1716 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

On April 19, 2022, the Court declared Defendant to be in default. (Dkt. No. 19.) The Court ORDERS the parties file a Joint Status Report or Plaintiff to file a motion for default judgment within 30 days of entry of this Minute Order. Failure to do so will result in dismissal of this action pursuant to Federal Rules of Civil Procedure 41(b).

\\

\\

MINUTE ORDER - 1

The clerk is ordered to provide copies of this order to all counsel.

Filed May 31, 2022.

                Ravi Subramanian
                Clerk of Court

                s/Serge Bodnarchuk
                Deputy Clerk